IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:14-cr-167 |
| | : | Civil No. 1:18-cv-2381 |
| v. | : | |
| | : | Hon. John E. Jones III |
| CHICO JERMELL CARRAWAY, | : | |
| Defendant. | : | |

## ORDER

**February 6, 2020**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The  Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct
   Sentence by Person in Federal Custody (Doc. 139) is **DENIED.**

2. The Defendant's *pro se* motions (Docs. 123 and 135) are **DISMISSED**.

3. No certificate of appealability shall issue.

4. The Clerk of Court shall **CLOSE** the civil action number associated with
   this §2255 Motion, 1:18-cv-2381.

s/ John E. Jones III
John E. Jones III
United States District Judge